# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

SPORTSMAN'S LINK, INC.,

          Plaintiff,

    v.

ARCTIC CAT SALES, INC.

          Defendant.

Civil Action No. 06-4222 (PAM/RLE)

## **ORDER**

Pursuant to the parties' stipulation to dismiss this action with prejudice, it is hereby ORDERED that the above action be, and the same is hereby, dismissed with prejudice, with each party to bear their own costs.

Dated: January 12 , 2006

s/Paul A. Magnuson
Judge Paul A. Magnuson